# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.W. BURTON,<br><br>    vs.            Plaintiff,<br><br>J. BEARD,<br><br>            Defendant. | CASE NO. 15cv2314-LAB (MDD)<br><br>**ORDER DENYING CERTIFICATE OF APPEALABILITY AND REQUEST TO PROCEED IN FORMA PAUPERIS ON APPEAL** |

Burton filed a request for a stay and abeyance in this Court pending exhaustion of state court remedies in anticipation of the Ninth Circuit Court of Appeals granting his pending application to file a second or successive habeas petition in this Court challenging his state conviction. (Docket no. 1.) He didn't, however, file a writ of habeas corpus in this action. Nor did he contend hat he's a capital prisoner. So the Court dismissed this case without prejudice and explained that "[i]f Petitioner wishes to proceed with a habeas action in this Court he must (as is the case with all non-capital prisoners) file a petition for a writ of habeas corpus, which will be given a separate civil case number," and "if Petitioner is in fact a capital prisoner, he may request the Court to re-open this action in order to permit him to file a Petition under the civil case number assigned to this action." (Docket no. 2.) Burton did neither.

/ / /

Under Rule 11 of the Rules Governing Section 2254 Cases, the Court is required to issue or deny the certificate of appealability because it has entered a final order adverse to the petitioner. The Court finds reasonable jurists would not disagree with the Court's dismissal. *See Slack v. McDaniel*, 529 U.S. 473, 483–84 (2000) (giving standard for issuance of certificate of appealability). So the application for a certificate of appealability (Docket no. 4) is **DENIED**. Additionally, for the reasons set forth above and in the Court's previous order, the Court certifies that the appeal would not be taken in good faith, and Burton's motion to proceed in forma pauperis on appeal (Docket no. 5) is therefore **DENIED**. See Fed. R. App. P. 24(a)(3)(A) and 24(a)(4)(B).

**IT IS SO ORDERED**.

DATED: March 30, 2016

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge